UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 09-cr-139-01-JD

<u>Luigi Lobrutto</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 14) filed by defendant Luigi Lobrutto is granted in part; trial is rescheduled to the two-week period beginning January 20, 2010.  As this motion was also assented to by counsel for co-defendant Christina Lobrutto, her trial is also continued.

    Defendant Luigi Lobrutto shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                           ***/s/ Joseph A. DiClerico, Jr.***
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

Date:  October 26, 2009

cc:  Jeffrey Levin, Esq.
     Richard Hubbard, Esq.
     Mark Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation